THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHNATHAN YASEVICH, Individually and on
Behalf of All Others Similarly Situated, *et al.*                             PLAINTIFFS

v.                            Case No. 3:20-cv-00019-KGB

THE HERITAGE COMPANY, INC., and SANDRA FRANECKE         DEFENDANTS

## ORDER

Before the Court is attorney Blake C. Speights' motion to substitute counsel (Dkt. No. 36). Following this docket entry are a series of entries denoted as "filed in error" (Dkt. Nos. 37-39). The Court conferred with all counsel *via* email to determine whether Mr. Speights wished to be removed as counsel of record for defendants in this case. Charles Darwin "Skip" Davidson confirmed that Mr. Speights should be removed as counsel of record for defendants. Based on this informal communication and for good cause shown, the Court grants the motion (Dkt. No. 36). Mr. Speights shall be removed as counsel of record for defendants, and Nickolas W. Dunn shall be added as counsel of record for defendants (*Id.*).

It is so ordered this 13th day of January, 2022.

_____
Kristine G. Baker
United States District Judge