IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOHNATHAN YASEVICH,** *et al.*                                                            **PLAINTIFFS**

v.                                    Case No. 3:20-cv-00019 KGB

**HERITAGE COMPANY, INC.,** *et al.*                                                         **DEFENDANTS**

**ORDER**

Before the court are defendants Heritage Company, Inc. and Sandra Franecke's (collectively "Heritage") motion to file under seal attachments to defendants' status report (Dkt. No. 46). Heritage wishes to file under seal certain documents related to settlement negotiations with plaintiffs.

For good cause shown, the Court grants the motion (*Id.*). Heritage shall have seven days from the entry of this Order to file under seal the attachments discussed in its motion.

It is so ordered this 29th day of August, 2022.

_____
Kristine G. Baker
United States District Judge