IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHNATHAN YASEVICH, et al., Each
Individually and on Behalf of All Others Similarly            PLAINTIFFS
Situated

CASE NO. 3:20-19-KGB

THE HERITAGE COMPANY, INC.,
and SANDRA FRANECKE                                            DEFENDANTS

## STATUS REPORT

The purpose of this Status Report is to update the Court on the status of settlement finalization:

1. Defendants incorporate their past reports to this Court herein by reference as they have discussed the Parties' prior attempts at settlement including mediation. As this Court is aware from its review of previous filings in this case, there was a mediation that occurred and settlement terms that were discussed, but a final agreement was never made. As such, this case was put back on the trial docket with a new scheduling order.

2. Plaintiffs and Defendants have continued discussions regarding the possibility of settlement, but at this time, no agreement has been made.

3. Defendants believe there is still a possibility of settlement, but the trial in this matter should remain on the docket.

4. As this matter has been set for a bench trial, Defendants anticipate needing one and a half days to present their testimony. Defendants are unaware of how many witnesses Plaintiffs anticipate calling in this matter, therefore, Defendants cannot estimate how long it will take

Plaintiffs to present their case. Assuming the Plaintiffs needed the same amount of time as Defendants, then Defendants would estimate needing a three-day trial.

        Respectfully submitted,

        Charles Darwin "Skip" Davidson; ABN 73026
**DAVIDSON LAW FIRM**
724 Garland, Cantrell at State
P.O. Box 1300
Little Rock, AR 72201
(501) 320-5132
Fax: (501) 374-5917
E-mail: skipd@dlf-ar.com

        **Attorneys for The Heritage Company, Inc. and Sandra Franecke**

### CERTIFICATE OF SERVICE

I, Nickolas W. Dunn do hereby certify that I have sent via Federal Court ECF System this 8th day of June 2023, a true and complete copy of the forgoing to the following individuals:

**Josh Sanford**
**Daniel Ford**
Sanford Law Firm
650 S. Shackleford, Suite 411
Little Rock, Arkansas 72211

        /s/ Nickolas W. Dunn
        Nickolas W. Dunn