IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOHNATHAN YASEVICH, et al.,**　　　　　　　　　　　　　　　　**PLAINTIFFS**
Each Individually and on Behalf
of All Others Similarly Situated

vs.　　　　　　　　　　No. 3:20-cv-19-KGB

**THE HERITAGE COMPANY, INC.,**　　　　　　　　　　　　　　　**DEFENDANTS**
**and SANDRA FRANECKE**

## PLAINTIFFS' STATUS REPORT

The purpose of this Status Report is to update the Court on the status of the Parties' settlement:

1.　Plaintiffs incorporate their past reports to this Court herein by reference as they have discussed the Parties' prior attempts at settlement including mediation, during which the Parties discussed settlement terms but never reach a final agreement, placing the matter back on the Court's trial docket.

2.　Plaintiffs and Defendants have continued discussions regarding the possibility of settlement, but at this time, no agreement has been made.

3.　Plaintiffs believe there is still a possibility of settlement, but the trial in this matter should remain on the docket.

4.　As Defendants have expressed in their separate Status Report, they believe they will require one and one-half days to present their testimony. Plaintiffs anticipate that they will likely need an equal amount of time. Plaintiffs agree that a three-day trial will likely be appropriate in this matter, assuming that some level of

representative testimony on behalf of the numerous named Plaintiffs is permitted. If not, then Plaintiffs anticipate that it will take three days or more for their case to be presented.

    Respectfully submitted,

    **JOHNATHAN YASEVICH,**
    **et al., PLAINTIFFS**

    SANFORD LAW FIRM, PLLC
    Kirkpatrick Plaza
    10800 Financial Centre Pkwy, Suite 510
    Little Rock, Arkansas 72211
    Telephone: (501) 221-0088
    Facsimile: (888) 787-2040

    Daniel Ford
    Ark. Bar No. 2014162
    daniel@sanfordlawfirm.com

    Josh Sanford
    Ark. Bar No. 2001037
    josh@sanfordlawfirm.com