# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### OFFICE OF THE CLERK

RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 WEST CAPITOL AVENUE, SUITE A-149
LITTLE ROCK, ARKANSAS 72201

**TAMMY H. DOWNS**                                                                                                                                                         (501) 604-5351
     **CLERK**

June 9, 2023

Joshua Sanford
10800 Financial Centre Pkwy Suite 510
Little Rock, Arkansas 72211

Re:         Deficiency Filing #70, Motion to Set Aside
              Case No. 3:20-CV-00019-KGB, Yasevich et al v. Heritage Company Inc et al

Dear Mr. Sanford:

      The Clerk's office reviewed the above-referenced document, which was filed electronically, and found it to be deficient as follows:

      Motion not accompanied by a supporting brief (Local Rule 7.2(a)).

      To correct a document that has been filed, please email the corrected document in pdf format to the Clerk's office at clerksoffice@ared.uscourts.gov. **Do not refile the document.** The original document will remain on the docket, and the response time will run from the date of the original filing. Please electronically file a new supporting brief, corporate disclosure statement, or diversity disclosure statement.

                                                                           Sincerely,

                                                                           TAMMY H. DOWNS, CLERK

                                                                      By:   J. Kornegay
                                                                                Deputy Clerk