IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOHNATHAN YASEVICH, et al.,**  **PLAINTIFFS**
Each Individually and on Behalf
Of All Others Similarly Situated

vs.                                No. 3:20-cv-19-KGB

**THE HERITAGE COMPANY, INC.**  **DEFENDANTS**
**and SANDRA FRANECKE**

## JOINT MOTION FOR REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE

Plaintiffs Johnathan Yasevich, et al., individually and on behalf of all others similarly situated, and Defendants The Heritage Company, Inc, and Sandra Franecke, by and through their respective undersigned counsel, for their Joint Motion for Referral to Magistrate for Settlement Conference, hereby state and allege as follows:

1. The Parties have completed discovery and engaged in some settlement discussions; based on those discussions, they believe they would benefit from a mediated settlement conference.

2. The Parties hereby jointly move the Court to refer this case to a magistrate judge for a settlement conference to be held at the magistrate judge's earliest convenience.

WHEREFORE, the Parties respectfully pray that their Joint Motion for Referral to Magistrate Judge for Settlement Conference be granted in its entirety, that this case be referred to a magistrate for a settlement conference, and for all other relief the Court may find necessary or proper.

Page 1 of 2
Jonathan Yasevich, et al. v. The Heritage Company, Inc., et al.
U.S.D.C. (E.D. Ark.) Case No. 3:20-cv-19-KGB
Joint Motion for Referral to Magistrate Judge for Settlement Conference

Respectfully submitted,

**JOHNATHAN YASEVICH, et al., PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **THE HERITAGE COMPANY, INC., and SANDRA FRANECKE, DEFENDANTS**

DAVIDSON LAW FIRM
724 Garland, Cantrell at State
P.O. Box 1300
Little Rock, Arkansas 72201
Telephone: (501) 320-5132
Facsimile: (501) 374-5917

*/s/ Charles Darwin "Skip" Davidson*
Charles Darwin "Skip" Davidson
Ark. Bar No. 73026
skipd@dlf-ar.com

Nickolas W. Dunn
Ark. Bar No. 2019115
nickd@dlf-ar.com

**Page 2 of 2
Jonathan Yasevich, et al. v. The Heritage Company, Inc., et al.
U.S.D.C. (E.D. Ark.) Case No. 3:20-cv-19-KGB
Joint Motion for Referral to Magistrate Judge for Settlement Conference**