## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JOHNATHAN YASEVICH,** *et al.*                                                              **PLAINTIFFS**

v.                               **Case No. 3:20-cv-00019-KGB**

**HERITAGE COMPANY, INC.,** *et al.*                                                       **DEFENDANTS**

## ORDER

Before the Court is the parties' joint motion for referral to magistrate judge for settlement conference (Dkt. No. 77). The parties represent that they have completed discovery and engaged in some settlement discussions. Based on those discussions, they believe they might benefit from a mediated settlement conference, and they request that this Court refer this matter to a magistrate for that purpose (*Id.*). For good cause shown, the Court grants the motion and refers this matter to United States Magistrate Judge Jerome T. Kearney to schedule and conduct a settlement conference between the parties.

It is so ordered this 28th day of June, 2023.

_Kristine G. Baker_ _____
Kristine G. Baker
United States District Judge