IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHNATHAN YASEVICH, et al., Each
Individually and on Behalf of All Others Similarly                    PLAINTIFFS
Situated

CASE NO. 3:20-cv-19-KGB

THE HERITAGE COMPANY, INC.,
and SANDRA FRANECKE                                                    DEFENDANTS

### BRIEF IN SUPPORT OF MOTION FOR CONTINUANCE

COMES NOW Defendants, The Heritage Company, Inc. (hereinafter referred to as "THC") and Sandra Franecke (hereinafter referred to as "Franecke") and sometimes collectively referred to as "Defendants", by and through their attorneys, the Davidson Law Firm, and for their Brief in Support of Motion for Continuance, state:

This matter is set for trial some time the week of August 7, 2023. There are motions outstanding that, depending upon the Court's rulings, may reduce the issues that need to be tried in this case or may require the need for additional discovery. That after conferring with one another, the parties believe that it is in the best interest of justice that this matter be continued.

Local Rule 7.5 of the United States District Court for the Eastern District of Arkansas states that in no case will an agreement by counsel for a continuance be recognized except by consent of the Court. That the parties believe they have shown good cause for the Court to consent to the continuance. In addition, the parties have conferred with one another regarding potential new dates for the trial and have provided those dates to the Court for consideration.

WHEREFORE, the Defendants pray that the Court grant their Motion for Continuance; and for all other just and proper relief to which they are entitled.

                    Respectfully submitted,

                    Charles Darwin "Skip" Davidson; ABN 73026
                    Nickolas W. Dunn, ABN 2019115
                    **DAVIDSON LAW FIRM**
                    724 Garland, Cantrell at State
                    P.O. Box 1300
                    Little Rock, AR 72201
                    (501) 320-5132
                    Fax: (501) 374-5917
                    E-mail: skipd@dlf-ar.com
                              nick.dunn@dlf-ar.com

                  **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I, Nickolas W. Dunn, do hereby certify that I have sent via:

    ☐ Hand Delivery
    ☐ Telefax
    ☐ Electronic mail
    ☐ U.S. Mail
    ☐ U.S. Mail, Certified, Return Receipt (as noted below)
    ☐ STATE CM/ECF System
    ☒ Federal Court ECF System (as noted below)

this **14th** day of **July 2023**, a true and complete copy of the forgoing to the following individuals:

**Josh Sanford**
**Daniel Ford**
SANFORD LAW FIRM, PLLC
650 S. Shackleford, Suite 411
Little Rock, Arkansas 72211

                    Nickolas W. Dunn