# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JOHNATHAN YASEVICH,** *et al.*                                                           **PLAINTIFFS**

**v.**                                  **Case No. 3:20-cv-00019-KGB**

**HERITAGE COMPANY, INC.,** *et al.*                                                      **DEFENDANTS**

## ORDER

Before the Court is defendants Heritage Company, Inc. and Sandra Franecke's (collectively "Heritage") motion for continuance (Dkt. No. 81). Heritage, citing the pending motions before the Court, states that a continuance "is in the best interest of justice" (Dkt. No. 82). Heritage states that plaintiffs do not oppose this motion, and the parties have conferred with the Court by informal communication regarding rescheduling this matter (Dkt. No. 81)

For good cause shown, the Court grants the motion, removes this case from the August 7, 2023, trial calendar, and stays all pending deadlines. The Court will set a new trial date and reset unexpired pretrial deadlines by separate Order.

So ordered this 18th day of July, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge