IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHNATHAN YASEVICH, individually
and on behalf of all others similarly situated                                    PLAINTIFFS

v.                          Case No. 3:20-cv-00019 KGB

HERITAGE COMPANY, INC.
and SANDRA FRANECKE                                                              DEFENDANTS

### ORDER

Before the Court is a motion for leave to withdraw as counsel for all plaintiffs (Dkt. No. 91). Plaintiffs request that Daniel Ford be relieved as counsel in this matter because he has resigned as a full-time member of the Sanford Law Firm (*Id.*, ¶ 1). Plaintiffs state that they will continue to be represented by Josh Sanford and other attorneys of the Sanford Law Firm (*Id.*, ¶ 2). For good cause shown, the Court grants the motion and relieves Mr. Ford as counsel for plaintiffs in the matter.

It is so ordered this 10th day of October, 2023.

_____
Kristine G. Baker
United States District Judge