IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOHNATHAN YASEVICH, et al.,**      **PLAINTIFFS**
**Each Individually and on Behalf**
**of All Others Similarly Situated**

vs.      No. 3:20-cv-19-KGB

**THE HERITAGE COMPANY, INC.,**      **DEFENDANTS**
**and SANDRA FRANECKE**

## JOINT STATUS REPORT

Plaintiffs Johnathan Yasevich, et al., individually and on behalf of all others similarly situated, and Defendants The Heritage Company, Inc, and Sandra Franecke, by and through their respective undersigned counsel, and pursuant to this Court's Third Amended Final Scheduling Order (ECF No. 88) offers the following Status Report:

1. <u>The Date and Results of Any Settlement Conference</u>: The Court has referred this matter to United States Magistrate Judge Jerome T. Kearney to schedule and conduct a settlement conference between the parties, but no settlement conference has been scheduled yet.

2. <u>Settlement Prospects:</u> The parties have engaged in limited settlement negotiations but believe there is sufficient time to continue to negotiate, with the goal of reaching a settlement before approaching any remaining pre-trial deadlines.

3. <u>Estimate of Length of Trial</u>: The parties estimate this case can be tried in two to three days.

Respectfully submitted,

**JOHNATHAN YASEVICH,
et al., PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and     **THE HERITAGE COMPANY, INC., and
SANDRA FRANECKE, DEFENDANTS**

DAVIDSON LAW FIRM
724 GARLAND, CANTRELL AT STATE
P.O. BOX 1300
LITTLE ROCK, AR 72201
TELEPHONE: (501) 374-9977
FAX: (501) 374-5917

Charles Darwin "Skip" Davidson
Ark. Bar No. 73026
skip.davidson@dlf-ar.com

*/s/ Nickolas W. Dunn (w/ permission)*
Nickolas W. Dunn
Ark. Bar No. 2019115
nickd@dlf-ar.com