IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHNATHAN YASEVICH, et al., Each
Individually and on Behalf of All Others Similarly            PLAINTIFFS
Situated

CASE NO. 3:20-cv-19-KGB

THE HERITAGE COMPANY, INC.,
and SANDRA FRANECKE                                           DEFENDANTS

**DEFENDANTS' MOTION IN LIMINE**

COMES NOW Defendants, The Heritage Company, Inc. and Sandra Franecke (collectively "Defendants"), by and through their attorneys, the Davidson Law Firm, and for their Motion in Limine ("Motion") state as follows:

1. Defendants anticipate that Plaintiffs may attempt to present certain inadmissible evidence during the trial in this matter. As such, Defendants bring this Motion before the Court in order to reduce rulings on the admissibility of such evidence as it arises during the trial.

2. Defendants have contemporaneously filed a Brief in Support of this Motion and incorporate it herein in its entirety.

3. Defendants ask this Court to rule the following topics are inadmissible evidence that the Plaintiffs, their attorneys, and their witnesses are prohibited from referencing during trial:

   a. Any information or exhibits that have not been disclosed by Plaintiffs in their responses to the written discovery or via the depositions in this matter.

b. Any cause of action, claim, defense, or element of damage not properly pleaded and subjected to discovery or not properly before the Court as finder of fact. As well as any matters irrelevant to any properly pleaded claims.

c. Any hearsay as defined by F.R.E. 801 and not subject to a valid exception.

d. Any mention or reference to transactions or communications, including but not limited to letter, emails, text messages, etc., between Defendants and Defendants' attorneys, including conversations and all transactions related thereto, for which Defendants claim the attorney-client privilege.

e. Any mention or reference to Defendants' offering or promising to furnish any valuable consideration to compromise or attempt to compromise the claims made in the lawsuit which are disputed both as to validity and amount, together with any mention or reference of conduct or statements made in settlement negotiations.

f. Plaintiffs and any witnesses should be prevented from testifying to any opinion not rationally based on the perception of the witness such as any allusion to a legal standard or conclusion as to the reasonableness or contractual compliance of any act of the Defendants.

g. Plaintiffs should be prevented from introducing at trial any testimony or evidence, outside of the document itself, that attempts to explain the meaning of a term(s) in a document.

h. Counsel for Plaintiffs should be prevented from making any arguments on an issue that is not going to be supported by facts introduced into evidence.

i. Plaintiffs should be prevented from eliciting any expert testimony as no expert witnesses have been disclosed by Plaintiffs.

j. Plaintiffs should be prevented from making any reference to any alleged actions of Defendants that would have occurred prior to the statute of limitations involved in this case.

k. Plaintiffs should be prevented from introducing any testimony or evidence of other lawsuits the Defendants have been in or of which they are currently participating.

l. Plaintiffs should be prevented from introducing testimony or evidence regarding the hours worked of other Plaintiffs or wages earned by other Plaintiffs as it relates to this lawsuit.

m. Plaintiffs should be prevented from eliciting statements attributable to Defendants allegedly made to Plaintiffs by unknown speakers.

n. Plaintiffs should be prevented from introducing the damage calculation they provided on May 31, 2023, which was part of their Second Supplemental Initial Disclosures Pursuant to Rule 26(a)(1). **Attached as Exhibit A.**

WHEREFORE, Defendants respectfully request that the Court grant their Motion in Limine, and for all other proper relief to which they are entitled.

Respectfully submitted,

Charles Darwin "Skip" Davidson; ABN 73026
Nickolas W. Dunn; ABN 2019115

**DAVIDSON LAW FIRM**
724 Garland, Cantrell at State
P.O. Box 1300
Little Rock, AR 72201
(501) 320-5132
Fax: (501) 374-5917
E-mail: skipd@dlf-ar.com
nick.dunn@dlf-ar.com

**Attorneys for The Heritage Company,
Inc. and Sandra Franecke**

### CERTIFICATE OF SERVICE

I, Nickolas W. Dunn, do hereby certify that I have sent via Federal Court ECF System this 25th day of November 2023, a true and complete copy of the forgoing to the following individuals:

**Sean Short**
**Josh Sanford**
Sanford Law Firm
650 S. Shackleford, Suite 411
Little Rock, Arkansas 72211

Nickolas W. Dunn

| Name | Change Program Damages | Liquidated Damages | WARN Damages | Total Damages |
|---|---|---|---|---|
| AMAYA, JEROL | $ 6,587.50 | $ 6,587.50 | $ 7,140.00 | $ 20,315.00 |
| ANDERSON, GABRIELL | $ 5,407.50 | $ 5,407.50 | $ 2,520.00 | $ 13,335.00 |
| AZUMARA, LIVINUS | $ 5,783.46 | $ 5,783.46 | $ 3,240.00 | $ 14,806.93 |
| BROWN, DETRICK | $ 5,252.01 | $ 5,252.01 | $ 4,725.00 | $ 15,229.02 |
| BROWN, MICHAEL | $ 1,162.50 | $ 1,162.50 | $ 4,890.58 | $ 7,215.58 |
| BURDESS, KATHY | $ 3,875.00 | $ 3,875.00 | $ 4,200.00 | $ 11,950.00 |
| BYRD, ASHLEY | $ 120.00 | $ 120.00 | $ 2,400.00 | $ 2,640.00 |
| CANNON, PAMELA | $ 13,756.25 | $ 13,756.25 | $ 7,455.00 | $ 34,967.50 |
| CHAGALA, MARNI | $ 14,896.00 | $ 14,896.00 | $ 2,940.00 | $ 32,732.00 |
| COFFER, JESSICA | $ 3,188.44 | $ 3,188.44 | $ 4,890.58 | $ 11,267.46 |
| COSTNER, KRISTIN | $ 5,824.80 | $ 5,824.80 | $ 2,400.00 | $ 14,049.60 |
| CROWE, ROXANNE | $ 1,380.00 | $ 1,380.00 | $ 4,200.00 | $ 6,960.00 |
| DENNEY, RONALD | $ 1,466.67 | $ 1,466.67 | $ 2,400.00 | $ 5,333.33 |
| DENNEY, RONNIE | $ 1,337.50 | $ 1,337.50 | $ 2,400.00 | $ 5,075.00 |
| DENNEY, SHERRI | $ 3,679.02 | $ 3,679.02 | $ 2,640.00 | $ 9,998.04 |
| DICKERSON, KAILEY | $ 690.00 | $ 690.00 | $ 2,400.00 | $ 3,780.00 |
| DOZIER, GARY | $ 2,325.00 | $ 2,325.00 | $ 4,890.58 | $ 9,540.58 |
| DUNBAR, STEPHANIE | $ 1,336.88 | $ 1,336.88 | $ 7,245.00 | $ 9,918.75 |
| FISHER, MEGAN | $ 2,906.25 | $ 2,906.25 | $ 5,250.00 | $ 11,062.50 |
| FOLLOWELL, ADAM | $ 8,169.79 | $ 8,169.79 | $ 8,400.00 | $ 24,739.58 |
| GAMMONS, PAULA | $ 2,034.38 | $ 2,034.38 | $ 7,350.00 | $ 11,418.75 |
| GOODRUM, AMY | $ 1,178.75 | $ 1,178.75 | $ 2,460.00 | $ 4,817.50 |
| GRAY, CEDRICK | $ 1,390.44 | $ 1,390.44 | $ 2,400.00 | $ 5,180.87 |
| GRIMES, KATRINA | $ 6,302.41 | $ 6,302.41 | $ 6,480.00 | $ 19,084.82 |
| GROSS, DANIELLE | $ 4,668.45 | $ 4,668.45 | $ 4,800.00 | $ 14,136.90 |
| GURNSEY, MONICA | $ 7,565.94 | $ 7,565.94 | $ 7,455.00 | $ 22,586.88 |
| HATCHER, HEATH | $ 8,286.50 | $ 8,286.50 | $ 8,520.00 | $ 25,093.01 |
| HAYES, JAY | $ 4,168.49 | $ 4,168.49 | $ 3,060.00 | $ 11,396.98 |
| HENSLEY, KATHERINE | $ 301.88 | $ 301.88 | $ 2,760.00 | $ 3,363.75 |
| HOLMES, DESARAY | $ 980.00 | $ 980.00 | $ 2,400.00 | $ 4,360.00 |
| JACKSON, ALISON | $ 5,425.00 | $ 5,425.00 | $ 3,360.00 | $ 14,210.00 |
| JACKSON, LAQUISHA | $ 1,503.17 | $ 1,503.17 | $ 2,400.00 | $ 5,406.35 |
| JEFFERSON, TEHRELL | $ 6,068.99 | $ 6,068.99 | $ 5,460.00 | $ 17,597.98 |
| JONES, ARNELL | $ 100.00 | $ 100.00 | $ 2,400.00 | $ 2,600.00 |
| JONES, CHASTIEE | $ 850.00 | $ 850.00 | $ 2,400.00 | $ 4,100.00 |
| JONES, CHRISTINE | $ 2,919.62 | $ 2,919.62 | $ 8,308.80 | $ 14,148.04 |
| LEWIS, DYNASTIEE | $ 3,188.44 | $ 3,188.44 | $ 4,890.58 | $ 11,267.46 |
| LISKO, DANIELLE | $ 1,660.50 | $ 1,660.50 | $ 2,460.00 | $ 5,781.00 |
| LONG, JENNIFER | $ 9,336.90 | $ 9,336.90 | $ 8,400.00 | $ 27,073.81 |
| MCMULLEN, OWEN | $ 1,910.30 | $ 1,910.30 | $ 4,515.00 | $ 8,335.60 |
| MILAM, AIMEE | $ 3,429.05 | $ 3,429.05 | $ 5,520.00 | $ 12,378.11 |

Exhibit A

| Name | | | | |
|---|---|---|---|---|
| MURPHY, TIAUNA | $ 3,275.04 | $ 3,275.04 | $ 2,520.00 | $ 9,070.08 |
| NELSON, SIERRA | $ 550.00 | $ 550.00 | $ 2,400.00 | $ 3,500.00 |
| NORMAN, CHARLOTTE | $ 8,403.21 | $ 8,403.21 | $ 8,640.00 | $ 25,446.43 |
| PARNELL, STEPHEN | $ 7,469.52 | $ 7,469.52 | $ 7,680.00 | $ 22,619.05 |
| PERRY, CHARLES | $ 2,743.29 | $ 2,743.29 | $ 2,400.00 | $ 7,886.59 |
| PERRY, LAURA | $ 7,392.00 | $ 7,392.00 | $ 4,410.00 | $ 19,194.00 |
| REED, KATIE | $ 4,536.00 | $ 4,536.00 | $ 5,760.00 | $ 14,832.00 |
| REID, NICOLE | $ 840.00 | $ 840.00 | $ 4,200.00 | $ 5,880.00 |
| RICE, AMBER | $ 15,345.00 | $ 15,345.00 | $ 7,560.00 | $ 38,250.00 |
| ROSE, LONNA | $ 11,625.00 | $ 11,625.00 | $ 6,300.00 | $ 29,550.00 |
| SINGLETON, MAUREEN | $ 2,325.00 | $ 2,325.00 | $ 4,890.58 | $ 9,540.58 |
| SMITH, BRANDY | $ 165.00 | $ 165.00 | $ 2,400.00 | $ 2,730.00 |
| STIEL, DAISY | $ 2,921.25 | $ 2,921.25 | $ 4,305.00 | $ 10,147.50 |
| STONECIPHER, KADI | $ 4,517.86 | $ 4,517.86 | $ 6,000.00 | $ 15,035.71 |
| STRINGER, JOSHUA | $ 300.00 | $ 300.00 | $ 2,400.00 | $ 3,000.00 |
| THOMASON, SHELLY | $ 8,870.06 | $ 8,870.06 | $ 7,980.00 | $ 25,720.12 |
| THROGMARTIN, COREY | $ 8,169.79 | $ 8,169.79 | $ 8,400.00 | $ 24,739.58 |
| TODD, KRYSTAL | $ 2,175.00 | $ 2,175.00 | $ 2,400.00 | $ 6,750.00 |
| UNDERWOOD, LARRY | $ 7,002.68 | $ 7,002.68 | $ 6,300.00 | $ 20,305.36 |
| WALTON, RUBY | $ - | $ - | $ 6,960.00 | $ 6,960.00 |
| WATTS, ASHLEY | $ 5,602.14 | $ 5,602.14 | $ 5,760.00 | $ 16,964.29 |
| WEEKS, SHERRY | $ 5,192.50 | $ 5,192.50 | $ 7,035.00 | $ 17,420.00 |
| WELCH, KIANA | $ 50.00 | $ 50.00 | $ 2,400.00 | $ 2,500.00 |
| WEST, ANDREW | $ 420.00 | $ 420.00 | $ 2,880.00 | $ 3,720.00 |
| WEST, ASHLEY | $ 13,950.00 | $ 13,950.00 | $ 7,560.00 | $ 35,460.00 |
| WHITENER, HEATHER | $ 5,602.14 | $ 5,602.14 | $ 5,760.00 | $ 16,964.29 |
| WILLIAMS, BERTHA | $ 8,884.06 | $ 8,884.06 | $ 9,134.40 | $ 26,902.53 |
| WILLIAMS, CHANELL | $ 4,901.88 | $ 4,901.88 | $ 4,410.00 | $ 14,213.75 |
| WILMOTH, ROBERT | $ 275.00 | $ 275.00 | $ 2,400.00 | $ 2,950.00 |
| WILSON, LILLIAN | $ 4,668.45 | $ 4,668.45 | $ 4,200.00 | $ 13,536.90 |
| WILSON, WALLIS | $ 8,169.79 | $ 8,169.79 | $ 7,350.00 | $ 23,689.58 |
| WOOD, JANA | $ 5,909.38 | $ 5,909.38 | $ 6,405.00 | $ 18,223.75 |
| WOODS, JOHNATHAN | $ 1,896.25 | $ 1,896.25 | $ 2,460.00 | $ 6,252.50 |
| WYMAN, REBEKAH | $ 4,030.00 | $ 4,030.00 | $ 5,460.00 | $ 13,520.00 |
| YASEVICH, JOHNATHAN | $ 7,469.52 | $ 7,469.52 | $ 6,720.00 | $ 21,659.05 |
| ZAMUDIO, SHYNNAH | $ 8,081.09 | $ 8,081.09 | $ 8,308.80 | $ 24,470.98 |
| **TOTAL:** | **$ 346,141.69** | **$ 346,141.69** | **$ 376,574.92** | **$ 1,068,858.30** |

| Bates No. | Dept. # | Employee # | Name | First Name | Last Name | On Lawsuit | Wks Worked | Hire Date? | Term Date | Pay Freq. | Loc Code | Hourly Rate | Weekly Unpaid Hours | OT Owed for Downtime | Liquidated Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 358 | 7815 | 54593 | AMAYA, JEROL | JEROL | AMAYA | 1 | 155 | 2/15/2006 | 12/20/2019 | w | F CORP | $ 17.00 | 2.50 | $ 6,587.50 | $ 6,587.50 |
| 358 | 6002 | 84259 | ANDERSON, GABRIELLE | GABRIELLE | ANDERSON | 1 | 103 | 1/4/2018 | 12/20/2019 | w | p JONES | $ 10.50 | 5.00 | $ 5,407.50 | $ 5,407.50 |
| 358 | 7815 | 64259 | AZUMARA, LIVINUS | LIVINUS | AZUMARA | 1 | 114 | 10/16/2017 | 12/20/2019 | w | p CORP | $ 13.50 | 3.76 | $ 5,783.46 | $ 5,783.46 |
| 358 | 969 | 66036 | BROWN, DETRICK | DETRICK | BROWN | 1 | 155 | 7/10/2016 | 12/20/2019 | w | F SEARC | $ 11.25 | 3.01 | $ 5,252.01 | $ 5,252.01 |
|  |  |  | BROWN, MICHAEL | MICHAEL | BROWN |  | 155 | 4/1/2013 | 12/20/2019 |  | F | $ 10.00 | 0.75 | $ 1,162.50 | $ 1,162.50 |
| 358 | 901 | 20676 | BURDESS, KATHY | KATHY | BURDESS | 1 | 155 | 12/3/2015 | 12/20/2019 | w | F SEARC | $ 10.00 | 2.50 | $ 3,875.00 | $ 3,875.00 |
| 358 | 63 | 76996 | BYRD, ASHLEY | ASHLEY | BYRD | 1 | 2 | 12/9/2019 | 12/20/2019 | w | p CORP | $ 9.25 | 6.00 | $ 120.00 | $ 120.00 |
| 358 | 6003 | 73902 | CANNON, PAMELA | PAMELA | CANNON | 1 | 155 | 2/20/2012 | 12/20/2019 | w | F JONES | $ 17.75 | 5.00 | $ 13,756.25 | $ 13,756.25 |
| 358 | 901 | 83990 | CHAGALA, MARNI | MARNI | CHAGALA | 1 | 152 | 1/25/2017 | 12/20/2019 | w | p SEARC | $ 12.25 | 8.00 | $ 14,896.00 | $ 14,896.00 |
|  |  |  | COFFER, JESSICA | JESSICA | COFFER |  | 105.86 |  |  |  | F | $ 10.00 | 3.01 | $ 3,188.44 | $ 3,188.44 |
| 358 | 6003 | 78452 | COSTNER, KRISTIN | KRISTIN | COSTNER | 1 | 155 | 10/17/2014 | 12/20/2019 | w | p JONES | $ 10.00 | 3.76 | $ 5,824.80 | $ 5,824.80 |
| 358 | 901 | 33641 | CROWE, ROXANNE | ROXANNE | CROWE | 1 | 46 | 2/8/2019 | 12/20/2019 | w | F SEARC | $ 9.50 | 3.00 | $ 1,380.00 | $ 1,380.00 |
| 358 | 6002 | 83850 | DENNEY, RONALD | RONALD | DENNEY | 1 | 88 | 4/16/2018 | 12/20/2019 | w | p JONES | $ 10.00 | 1.67 | $ 1,466.67 | $ 1,466.67 |
| 358 | 6002 | 83782 | DENNEY, RONNIE | RONNIE | DENNEY | 1 | 107 | 12/5/2017 | 12/20/2019 | w | p JONES | $ 10.00 | 1.25 | $ 1,337.50 | $ 1,337.50 |
| 358 | 6002 | 85002 | DENNEY, SHERRI | SHERRI | DENNEY | 1 | 89 | 4/10/2018 | 12/20/2019 | w | p JONES | $ 11.00 | 3.76 | $ 3,679.02 | $ 3,679.02 |
| 358 | 7809 | 85298 | DICKERSON, KAILEY | KAILEY | DICKERSON | 1 | 23 | 7/15/2019 | 12/20/2019 | w | p CORP | $ 9.50 | 3.00 | $ 690.00 | $ 690.00 |
|  |  |  | DOZIER, GARY | GARY | DOZIER |  | 155 | 6/1/2001 | 12/20/2019 |  | F | $ 10.00 | 1.50 | $ 2,325.00 | $ 2,325.00 |
| 358 | 901 | 69350 | DUNBAR, STEPHANIE | STEPHANIE | DUNBAR | 1 | 155 | 6/23/2008 | 12/20/2019 | w | F SEARC | $ 17.25 | 0.50 | $ 1,336.88 | $ 1,336.88 |
| 358 | 114 | 76198 | FISHER, MEGAN | MEGAN | FISHER | 1 | 155 | 12/12/2011 | 12/20/2019 | w | F CORP | $ 12.50 | 1.50 | $ 2,906.25 | $ 2,906.25 |
| 358 | 6099 | 14733 | FOLLOWELL, ADAM | ADAM | FOLLOWELL | 1 | 155 | 2/15/2000 | 12/20/2019 | B | F JONES | $ 17.50 | 3.01 | $ 8,169.79 | $ 8,169.79 |
| 358 | 901 | 66925 | GAMMONS, PAULA | PAULA | GAMMONS | 1 | 155 | 7/2/2007 | 12/20/2019 | w | F SEARC | $ 17.50 | 0.75 | $ 2,034.38 | $ 2,034.38 |
| 358 | 6002 | 38487 | GOODRUM, AMY | AMY | GOODRUM | 1 | 46 | 2/5/2019 | 12/20/2019 | w | p JONES | $ 10.25 | 2.50 | $ 1,178.75 | $ 1,178.75 |
| 358 | 7809 | 85618 | GRAY, CEDRICK | CEDRICK | GRAY | 1 | 37 | 4/1/2019 | 12/20/2019 | w | p CORP | $ 9.50 | 3.76 | $ 1,390.44 | $ 1,390.44 |
| 358 | 599 | 62789 | GRIMES, KATRINA | KATRINA | GRIMES | 1 | 155 | 3/6/2008 | 12/20/2019 | B | F CORP | $ 13.50 | 3.01 | $ 6,302.41 | $ 6,302.41 |
| 358 | 6099 | 81267 | GROSS, DANIELLE | DANIELLE | GROSS | 1 | 155 | 2/26/2015 | 12/20/2019 | B | F JONES | $ 10.00 | 3.01 | $ 4,668.45 | $ 4,668.45 |
| 359 | 1216 | 65200 | GURNSEY, MONICA | MONICA | GURNSEY | 1 | 155 | 10/21/2013 | 12/20/2019 | w | F JONES | $ 17.75 | 2.75 | $ 7,565.94 | $ 7,565.94 |
| 358 | 6003 | 26573 | HATCHER, HEATH | HEATH | HATCHER | 1 | 155 | 1/27/2003 | 12/20/2019 | B | F JONES | $ 17.75 | 3.01 | $ 8,286.50 | $ 8,286.50 |
| 359 | 7809 | 84470 | HAYES, JAY | JAY | HAYES | 1 | 87 | 4/24/2018 | 12/20/2019 | w | p CORP | $ 12.75 | 3.76 | $ 4,168.49 | $ 4,168.49 |
| 359 | 6002 | 77868 | HENSLEY, KATHERINE | KATHERINE | HENSLEY | 1 | 15 | 9/9/2019 | 12/20/2019 | w | p JONES | $ 11.50 | 1.75 | $ 301.88 | $ 301.88 |
| 359 | 6002 | 85191 | HOLMES, DESARAY | DESARAY | HOLMES | 1 | 28 | 6/10/2019 | 12/20/2019 | w | p JONES | $ 10.00 | 3.50 | $ 980.00 | $ 980.00 |
| 359 | 1208 | 79902 | JACKSON, ALISON | ALISON | JACKSON | 1 | 155 | 6/12/2014 | 12/20/2019 | w | p JONES | $ 14.00 | 2.50 | $ 5,425.00 | $ 5,425.00 |
| 359 | 7809 | 35412 | JACKSON, LAQUISHA | LAQUISHA | JACKSON | 1 | 40 | 3/18/2019 | 12/20/2019 | w | p CORP | $ 9.50 | 3.76 | $ 1,503.17 | $ 1,503.17 |
| 359 | 813 | 15294 | JEFFERSON, TEHRELL | TEHRELL | JEFFERSON | 1 | 155 | 10/17/2002 | 12/20/2019 | w | F CORP | $ 13.00 | 3.01 | $ 6,068.99 | $ 6,068.99 |
| 359 | 63 | 85853 | JONES, ARNELL | ARNELL | JONES | 1 | 2 | 12/9/2019 | 12/20/2019 | w | p CORP | $ 9.25 | 5.00 | $ 100.00 | $ 100.00 |
| 359 | 6002 | 80053 | JONES, CHASTIEE | CHASTIEE | JONES | 1 | 17 | 8/28/2019 | 12/20/2019 | w | p JONES | $ 9.25 | 5.00 | $ 850.00 | $ 850.00 |
| 358 | 94 | 31215 | JONES, CHRISTINE | CHRISTINE | JONES | 1 | 56 | 11/26/2018 | 12/20/2019 | S | F CORP | $ 17.31 | 3.01 | $ 2,919.62 | $ 2,919.62 |
|  |  |  | LEWIS, DYNASTIEE | DYNASTIEE | LEWIS |  | 105.86 |  |  |  | F | $ 10.00 | 3.01 | $ 3,188.44 | $ 3,188.44 |
| 359 | 6002 | 85080 | LISKO, DANIELLE | DANIELLE | LISKO | 1 | 81 | 6/4/2018 | 12/20/2019 | w | p JONES | $ 10.25 | 2.00 | $ 1,660.50 | $ 1,660.50 |
| 359 | 113 | 65901 | LONG, JENNIFER | JENNIFER | LONG | 1 | 155 | 8/18/2010 | 12/20/2019 | w | F CORP | $ 20.00 | 3.01 | $ 9,336.90 | $ 9,336.90 |
| 359 | 813 | 4561 | MCMULLEN, OWEN | OWEN | MCMULLEN | 1 | 59 | 11/9/2018 | 12/20/2019 | w | F CORP | $ 10.75 | 3.01 | $ 1,910.30 | $ 1,910.30 |
| 358 | 7299 | 83835 | MILAM, AIMEE | AIMEE | MILAM | 1 | 99 | 2/1/2018 | 12/20/2019 | B | F SEARC | $ 11.50 | 3.01 | $ 3,429.05 | $ 3,429.05 |
| 359 | 6002 | 85065 | MURPHY, TIAUNA | TIAUNA | MURPHY | 1 | 83 | 5/22/2018 | 12/20/2019 | w | p JONES | $ 10.50 | 3.76 | $ 3,275.04 | $ 3,275.04 |
| 359 | 6002 | 85782 | NELSON, SIERRA | SIERRA | NELSON | 1 | 10 | 10/15/2019 | 12/20/2019 | w | p JONES | $ 10.00 | 5.50 | $ 550.00 | $ 550.00 |
| 358 | 115 | 26493 | NORMAN, CHARLOTTE | CHARLOTTE | NORMAN | 1 | 155 | 2/14/2014 | 12/20/2019 | B | F CORP | $ 18.00 | 3.01 | $ 8,403.21 | $ 8,403.21 |
| 358 | 901 | 64607 | PARNELL, STEPHEN | STEPHEN | PARNELL | 1 | 155 | 11/9/2007 | 12/20/2019 | B | F SEARC | $ 16.00 | 3.01 | $ 7,469.52 | $ 7,469.52 |
| 359 | 903 | 45921 | PERRY, CHARLES | CHARLES | PERRY | 1 | 73 | 8/1/2018 | 12/20/2019 | w | p 5EARC | $ 9.25 | 3.76 | $ 2,743.29 | $ 2,743.29 |
| 359 | 901 | 83588 | PERRY, LAURA | LAURA | PERRY | 1 | 128 | 7/13/2017 | 12/20/2019 | w | F SEARC | $ 10.50 | 5.50 | $ 7,392.00 | $ 7,392.00 |
| 358 | 6002 | 84642 | REED, KATIE | KATIE | REED | 1 | 84 | 5/17/2018 | 12/20/2019 | B | F JONES | $ 12.00 | 4.50 | $ 4,536.00 | $ 4,536.00 |
| 359 | 902 | 85658 | REID, NICOLE | NICOLE | REID | 1 | 21 | 7/28/2019 | 12/20/2019 | w | F SEARC | $ 10.00 | 4.00 | $ 840.00 | $ 840.00 |
| 358 | 7815 | 74245 | RICE, AMBER | AMBER | RICE | 1 | 155 | 8/19/2012 | 12/20/2019 | w | F CORP | $ 18.00 | 5.50 | $ 15,345.00 | $ 15,345.00 |
| 359 | 6003 | 47192 | ROSE, LONNA | LONNA | ROSE | 1 | 155 | 1/6/2004 | 12/20/2019 | w | F JONES | $ 15.00 | 5.00 | $ 11,625.00 | $ 11,625.00 |
|  |  |  | SINGLETON, MAUREEN | MAUREEN | SINGLETON |  | 155 | 12/1/2001 | 12/20/2019 |  | F | $ 10.00 | 1.50 | $ 2,325.00 | $ 2,325.00 |
| 358 | 6003 | 85848 | SMITH, BRANDY | BRANDY | SMITH | 1 | 3 | 12/2/2019 | 12/20/2019 | w | p JONES | $ 9.25 | 5.50 | $ 165.00 | $ 165.00 |
| 359 | 903 | 79362 | STIEL, DAISY | DAISY | STIEL | 1 | 57 | 11/22/2018 | 12/20/2019 | w | F SEARC | $ 10.25 | 5.00 | $ 2,921.25 | $ 2,921.25 |
| 358 | 6002 | 84084 | STONECIPHER, KADI | KADI | STONECIPHER | 1 | 120 | 9/10/2017 | 12/20/2019 | B | F JONES | $ 12.50 | 3.01 | $ 4,517.86 | $ 4,517.86 |
| 359 | 6002 | 85831 | STRINGER, JOSHUA | JOSHUA | STRINGER | 1 | 5 | 11/20/2019 | 12/20/2019 | w | p JONES | $ 10.00 | 6.00 | $ 300.00 | $ 300.00 |
| 359 | 105 | 6993 | THOMASON, SHELLY | SHELLY | THOMASON | 1 | 155 | 1/7/2004 | 12/20/2019 | w | F CORP | $ 19.00 | 3.01 | $ 8,870.06 | $ 8,870.06 |
| 358 | 6099 | 41843 | THROGMARTIN, COREY | COREY | THROGMARTIN | 1 | 155 | 2/21/2011 | 12/20/2019 | B | F JONES | $ 17.50 | 3.01 | $ 8,169.79 | $ 8,169.79 |
| 359 | 7809 | 81908 | TODD, KRYSTAL | KRYSTAL | TODD | 1 | 87 | 4/23/2018 | 12/20/2019 | w | p CORP | $ 9.25 | 2.50 | $ 2,175.00 | $ 2,175.00 |
| 359 | 827 | 4109 | UNDERWOOD, LARRY | LARRY | UNDERWOOD | 1 | 155 | 6/14/1999 | 12/20/2019 | w | F CORP | $ 15.00 | 3.01 | $ 7,002.68 | $ 7,002.68 |
| 358 | 85 | 10387 | WALTON, RUBY | RUBY | WALTON | 1 | 155 | 9/5/1998 | 12/20/2019 | B | F CORP | $ 14.50 | 0.00 | $ - | $ - |
| 358 | 7899 | 78694 | WATTS, ASHLEY | ASHLEY | WATTS | 1 | 155 | 5/6/2013 | 12/20/2019 | B | F CORP | $ 12.00 | 3.01 | $ 5,602.14 | $ 5,602.14 |
| 359 | 113 | 12340 | WEEKS, SHERRY | SHERRY | WEEKS | 1 | 155 | 1/12/2000 | 12/20/2019 | w | F CORP | $ 16.75 | 2.00 | $ 5,192.50 | $ 5,192.50 |
| 359 | 114 | 45037 | WELCH, KIANA | KIANA | WELCH | 1 | 10 | 10/14/2019 | 12/20/2019 | w | p CORP | $ 9.25 | 0.50 | $ 50.00 | $ 50.00 |
| 359 | 6003 | 73448 | WEST, ANDREW | ANDREW | WEST | 1 | 28 | 6/10/2019 | 12/20/2019 | w | p JONES | $ 12.00 | 1.25 | $ 420.00 | $ 420.00 |
| 359 | 1216 | 25854 | WEST, ASHLEY | ASHLEY | WEST | 1 | 155 | 9/8/2004 | 12/20/2019 | w | F JONES | $ 18.00 | 5.00 | $ 13,950.00 | $ 13,950.00 |
| 359 | 902 | 45780 | WHITENER, HEATHER | HEATHER | WHITENER | 1 | 155 | 3/31/2010 | 12/20/2019 | B | F SEARC | $ 12.00 | 3.01 | $ 5,602.14 | $ 5,602.14 |
| 358 | 599 | 11857 | WILLIAMS, BERTHA | BERTHA | WILLIAMS | 1 | 155 | 4/15/1999 | 12/20/2019 | B | F CORP | $ 19.03 | 3.01 | $ 8,884.06 | $ 8,884.06 |
| 359 | 105 | 77317 | WILLIAMS, CHANELL | CHANELL | WILLIAMS | 1 | 155 | 6/1/2015 | 12/20/2019 | w | F CORP | $ 10.50 | 3.01 | $ 4,901.88 | $ 4,901.88 |
| 359 | 902 | 84734 | WILMOTH, ROBERT | ROBERT | WILMOTH | 1 | 5 | 11/21/2019 | 12/20/2019 | w | p SEARC | $ 9.25 | 5.50 | $ 275.00 | $ 275.00 |
| 359 | 487 | 56895 | WILSON, LILLIAN | LILLIAN | WILSON | 1 | 155 | 6/7/2011 | 12/20/2019 | w | F JONES | $ 10.00 | 3.01 | $ 4,668.45 | $ 4,668.45 |
| 359 | 6003 | 56893 | WILSON, WALLIS | WALLIS | WILSON | 1 | 155 | 4/6/2005 | 12/20/2019 | w | F JONES | $ 17.50 | 3.01 | $ 8,169.79 | $ 8,169.79 |
| 359 | 7809 | 68068 | WOOD, JANA | JANA | WOOD | 1 | 155 | 10/3/2010 | 12/20/2019 | w | F CORP | $ 15.25 | 2.50 | $ 5,909.38 | $ 5,909.38 |
| 359 | 7809 | 41337 | WOODS, JOHNATHAN | JOHNATHAN | WOODS | 1 | 37 | 4/1/2019 | 12/20/2019 | w | p CORP | $ 10.25 | 5.00 | $ 1,896.25 | $ 1,896.25 |
| 360 | 903 | 81877 | WYMAN, REBEKAH | REBEKAH | WYMAN | 1 | 155 | 11/22/2015 | 12/20/2019 | w | F SEARC | $ 13.00 | 2.00 | $ 4,030.00 | $ 4,030.00 |
| 360 | 6003 | 80912 | YASEVICH, JOHNATHAN | JOHNATHAN | YASEVICH | 1 | 155 | 1/8/2015 | 12/20/2019 | w | F JONES | $ 16.00 | 3.01 | $ 7,469.52 | $ 7,469.52 |
| 358 | 94 | 75380 | ZAMUDIO, SHYNNAH | SHYNNAH | ZAMUDIO | 1 | 155 | 7/7/2011 | 12/20/2019 | S | F CORP | $ 17.31 | 3.01 | $ 8,081.09 | $ 8,081.09 |
|  |  |  |  |  |  |  |  |  |  |  |  |  | TOTAL | $ 346,141.69 | $ 346,141.69 |

| Bates No. | Dept. # | Employee # | Name | First Name | Last Name | On Lawsuit | Wks Worked | Hire Date? | Term Date | Pay Freq. | Loc Code | Hourly Rate | WARN 60 Days | MATH CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 358 | 6099 | 14733 | FOLLOWELL, ADAM | ADAM | FOLLOWELL | 1 | 155 | 2/15/2000 | 12/20/2019 | B | F JONES | $ 17.50 | $ 8,400.00 | $ 8,400.00 |
| 358 | 599 | 62789 | GRIMES, KATRINA | KATRINA | GRIMES | 1 | 155 | 3/6/2008 | 12/20/2019 | B | F CORP | $ 13.50 | $ 6,480.00 | $ 6,480.00 |
| 358 | 6099 | 81267 | GROSS, DANIELLE | DANIELLE | GROSS | 1 | 155 | 2/26/2015 | 12/20/2019 | B | F JONES | $ 10.00 | $ 4,800.00 | $ 4,800.00 |
| 358 | 6003 | 26573 | HATCHER, HEATH | HEATH | HATCHER | 1 | 155 | 1/27/2003 | 12/20/2019 | B | F JONES | $ 17.75 | $ 8,520.00 | $ 8,520.00 |
| 358 | 7299 | 83835 | MILAM, AIMEE | AIMEE | MILAM | 1 | 99 | 2/1/2018 | 12/20/2019 | B | F SEARC | $ 11.50 | $ 5,520.00 | $ 5,520.00 |
| 358 | 115 | 26493 | NORMAN, CHARLOTTE | CHARLOTTE | NORMAN | 1 | 155 | 2/14/2014 | 12/20/2019 | B | F CORP | $ 18.00 | $ 8,640.00 | $ 8,640.00 |
| 358 | 901 | 64607 | PARNELL, STEPHEN | STEPHEN | PARNELL | 1 | 155 | 11/9/2007 | 12/20/2019 | B | F SEARC | $ 16.00 | $ 7,680.00 | $ 7,680.00 |
| 358 | 6002 | 84642 | REED, KATIE | KATIE | REED | 1 | 84 | 5/17/2018 | 12/20/2019 | B | F JONES | $ 12.00 | $ 5,760.00 | $ 5,760.00 |
| 358 | 6002 | 84084 | STONECIPHER, KADI | KADI | STONECIPHER | 1 | 120 | 9/10/2017 | 12/20/2019 | B | F JONES | $ 12.50 | $ 6,000.00 | $ 6,000.00 |
| 358 | 6099 | 41843 | THROGMARTIN, COREY | COREY | THROGMARTIN | 1 | 155 | 2/21/2011 | 12/20/2019 | B | F JONES | $ 17.50 | $ 8,400.00 | $ 8,400.00 |
| 358 | 85 | 10387 | WALTON, RUBY | RUBY | WALTON | 1 | 155 | 9/5/1998 | 12/20/2019 | B | F CORP | $ 14.50 | $ 6,960.00 | $ 6,960.00 |
| 358 | 7899 | 78694 | WATTS, ASHLEY | ASHLEY | WATTS | 1 | 155 | 5/6/2013 | 12/20/2019 | B | F CORP | $ 12.00 | $ 5,760.00 | $ 5,760.00 |
| 358 | 902 | 45780 | WHITENER, HEATHER | HEATHER | WHITENER | 1 | 155 | 3/31/2010 | 12/20/2019 | B | F SEARC | $ 12.00 | $ 5,760.00 | $ 5,760.00 |
| 358 | 599 | 11857 | WILLIAMS, BERTHA | BERTHA | WILLIAMS | 1 | 155 | 4/15/1999 | 12/20/2019 | B | F CORP | $ 19.03 | $ 9,134.40 | $ 9,134.40 |
| 358 | 94 | 31215 | JONES, CHRISTINE | CHRISTINE | JONES | 1 | 56 | 11/26/2018 | 12/20/2019 | S | F CORP | $ 17.31 | $ 8,308.80 | $ 8,308.80 |
| 358 | 94 | 75380 | ZAMUDIO, SHYNNAH | SHYNNAH | ZAMUDIO | 1 | 155 | 7/7/2011 | 12/20/2019 | S | F CORP | $ 17.31 | $ 8,308.80 | $ 8,308.80 |
| 358 | 7815 | 54593 | AMAYA, JEROL | JEROL | AMAYA | 1 | 155 | 2/15/2006 | 12/20/2019 | w | F CORP | $ 17.00 | $ 7,140.00 | $ 7,140.00 |
| 358 | 6002 | 84259 | ANDERSON, GABRIELLE | GABRIELLE | ANDERSON | 1 | 103 | 1/4/2018 | 12/20/2019 | w | p JONES | $ 10.50 | $ 2,520.00 | $ 2,520.00 |
| 358 | 7815 | 64259 | AZUMARA, LIVINUS | LIVINUS | AZUMARA | 1 | 114 | 10/16/2017 | 12/20/2019 | w | p CORP | $ 13.50 | $ 3,240.00 | $ 3,240.00 |
| 358 | 969 | 66036 | BROWN, DETRICK | DETRICK | BROWN | l | 155 | 7/10/2016 | 12/20/2019 | w | F SEARC | $ 11.25 | $ 4,725.00 | $ 4,725.00 |
| 358 | 901 | 20676 | BURDESS, KATHY | KATHY | BURDESS | 1 | 155 | 12/3/2015 | 12/20/2019 | w | F SEARC | $ 10.00 | $ 4,200.00 | $ 4,200.00 |
| 358 | 63 | 76996 | BYRD, ASHLEY | ASHLEY | BYRD | 1 | 2 | 12/9/2019 | 12/20/2019 | w | p CORP | $ 9.25 | $ 2,400.00 | $ 2,400.00 |
| 358 | 6003 | 73902 | CANNON, PAMELA | PAMELA | CANNON | 1 | 155 | 2/20/2012 | 12/20/2019 | w | F JONES | $ 17.75 | $ 7,455.00 | $ 7,455.00 |
| 358 | 901 | 83990 | CHAGALA, MARNI | MARNI | CHAGALA | 1 | 152 | 1/25/2017 | 12/20/2019 | w | p SEARC | $ 12.25 | $ 2,940.00 | $ 2,940.00 |
| 358 | 6003 | 78452 | COSTNER, KRISTIN | KRISTIN | COSTNER | 1 | 155 | 10/17/2014 | 12/20/2019 | w | p JONES | $ 10.00 | $ 2,400.00 | $ 2,400.00 |
| 358 | 901 | 33641 | CROWE, ROXANNE | ROXANNE | CROWE | 1 | 46 | 2/8/2019 | 12/20/2019 | w | F SEARC | $ 9.50 | $ 4,200.00 | $ 4,200.00 |
| 358 | 6002 | 83850 | DENNEY, RONALD | RONALD | DENNEY | 1 | 88 | 4/16/2018 | 12/20/2019 | w | p JONES | $ 10.00 | $ 2,400.00 | $ 2,400.00 |
| 358 | 6002 | 83782 | DENNEY, RONNIE | RONNIE | DENNEY | 1 | 107 | 12/5/2017 | 12/20/2019 | w | p JONES | $ 10.00 | $ 2,400.00 | $ 2,400.00 |
| 358 | 6002 | 85002 | DENNEY, SHERRI | SHERRI | DENNEY | 1 | 89 | 4/10/2018 | 12/20/2019 | w | p JONES | $ 11.00 | $ 2,640.00 | $ 2,640.00 |
| 358 | 7809 | 85298 | DICKERSON, KAILEY | KAILEY | DICKERSON | 1 | 23 | 7/15/2019 | 12/20/2019 | w | p CORP | $ 9.50 | $ 2,400.00 | $ 2,400.00 |
| 358 | 901 | 69350 | DUNBAR, STEPHANIE | STEPHANIE | DUNBAR | 1 | 155 | 6/23/2008 | 12/20/2019 | w | F SEARC | $ 17.25 | $ 7,245.00 | $ 7,245.00 |
| 358 | 114 | 76198 | FISHER, MEGAN | MEGAN | FISHER | 1 | 155 | 12/12/2011 | 12/20/2019 | w | F CORP | $ 12.50 | $ 5,250.00 | $ 5,250.00 |
| 358 | 901 | 66925 | GAMMONS, PAULA | PAULA | GAMMONS | 1 | 155 | 7/2/2007 | 12/20/2019 | w | F SEARC | $ 17.50 | $ 7,350.00 | $ 7,350.00 |
| 358 | 6002 | 38487 | GOODRUM, AMY | AMY | GOODRUM | 1 | 46 | 2/5/2019 | 12/20/2019 | w | p JONES | $ 10.25 | $ 2,460.00 | $ 2,460.00 |
| 358 | 7809 | 85618 | GRAY, CEDRICK | CEDRICK | GRAY | 1 | 37 | 4/1/2019 | 12/20/2019 | w | p CORP | $ 9.50 | $ 2,400.00 | $ 2,400.00 |
| 359 | 1216 | 65200 | GURNSEY, MONICA | MONICA | GURNSEY | 1 | 155 | 10/21/2013 | 12/20/2019 | w | F JONES | $ 17.75 | $ 7,455.00 | $ 7,455.00 |
| 359 | 7809 | 84470 | HAYES, JAY | JAY | HAYES | 1 | 87 | 4/24/2018 | 12/20/2019 | w | p CORP | $ 12.75 | $ 3,060.00 | $ 3,060.00 |
| 359 | 6002 | 77868 | HENSLEY, KATHERINE | KATHERINE | HENSLEY | 1 | 15 | 9/9/2019 | 12/20/2019 | w | p JONES | $ 11.50 | $ 2,760.00 | $ 2,760.00 |
| 359 | 6002 | 85191 | HOLMES, DESARAY | DESARAY | HOLMES | 1 | 28 | 6/10/2019 | 12/20/2019 | w | p JONES | $ 10.00 | $ 2,400.00 | $ 2,400.00 |
| 359 | 7809 | 35412 | JACKSON, LAQUISHA | LAQUISHA | JACKSON | 1 | 40 | 3/18/2019 | 12/20/2019 | w | p CORP | $ 9.50 | $ 2,400.00 | $ 2,400.00 |
| 359 | 1208 | 79902 | JACKSON, ALISON | ALISON | JACKSON | 1 | 155 | 6/12/2014 | 12/20/2019 | w | p JONES | $ 14.00 | $ 3,360.00 | $ 3,360.00 |
| 359 | 813 | 15294 | JEFFERSON, TEHRELL | TEHRELL | JEFFERSON | 1 | 155 | 10/17/2002 | 12/20/2019 | w | F CORP | $ 13.00 | $ 5,460.00 | $ 5,460.00 |
| 359 | 63 | 85853 | JONES, ARNELL | ARNELL | JONES | 1 | 2 | 12/9/2019 | 12/20/2019 | w | p CORP | $ 9.25 | $ 2,400.00 | $ 2,400.00 |
| 359 | 6002 | 80053 | JONES, CHASTIEE | CHASTIEE | JONES | 1 | 17 | 8/28/2019 | 12/20/2019 | w | p JONES | $ 9.25 | $ 2,400.00 | $ 2,400.00 |
| 359 | 6002 | 85080 | LISKO, DANIELLE | DANIELLE | LISKO | 1 | 81 | 6/4/2018 | 12/20/2019 | w | p JONES | $ 10.25 | $ 2,460.00 | $ 2,460.00 |
| 359 | 113 | 65901 | LONG, JENNIFER | JENNIFER | LONG | 1 | 155 | 8/18/2010 | 12/20/2019 | w | F CORP | $ 20.00 | $ 8,400.00 | $ 8,400.00 |
| 359 | 813 | 4561 | MCMULLEN, OWEN | OWEN | MCMULLEN | 1 | 59 | 11/9/2018 | 12/20/2019 | w | F CORP | $ 10.75 | $ 4,515.00 | $ 4,515.00 |
| 359 | 6002 | 85065 | MURPHY, TIAUNA | TIAUNA | MURPHY | 1 | 83 | 5/22/2018 | 12/20/2019 | w | p JONES | $ 10.50 | $ 2,520.00 | $ 2,520.00 |
| 359 | 6002 | 85782 | NELSON, SIERRA | SIERRA | NELSON | 1 | 10 | 10/15/2019 | 12/20/2019 | w | p JONES | $ 10.00 | $ 2,400.00 | $ 2,400.00 |
| 359 | 903 | 45921 | PERRY, CHARLES | CHARLES | PERRY | 1 | 73 | 8/1/2018 | 12/20/2019 | w | p 5EARC | $ 9.25 | $ 2,400.00 | $ 2,400.00 |
| 359 | 901 | 83588 | PERRY, LAURA | LAURA | PERRY | 1 | 128 | 7/13/2017 | 12/20/2019 | w | F SEARC | $ 10.50 | $ 4,410.00 | $ 4,410.00 |
| 359 | 902 | 85658 | REID, NICOLE | NICOLE | REID | 1 | 21 | 7/28/2019 | 12/20/2019 | w | F SEARC | $ 10.00 | $ 4,200.00 | $ 4,200.00 |
| 359 | 7815 | 74245 | RICE, AMBER | AMBER | RICE | 1 | 155 | 8/19/2012 | 12/20/2019 | w | F CORP | $ 18.00 | $ 7,560.00 | $ 7,560.00 |
| 359 | 6003 | 47192 | ROSE, LONNA | LONNA | ROSE | 1 | 155 | 1/6/2012 | 12/20/2019 | w | F JONES | $ 15.00 | $ 6,300.00 | $ 6,300.00 |
| 359 | 6003 | 85848 | SMITH, BRANDY | BRANDY | SMITH | 1 | 3 | 12/2/2019 | 12/20/2019 | w | p JONES | $ 9.25 | $ 2,400.00 | $ 2,400.00 |
| 359 | 903 | 79362 | STIEL, DAISY | DAISY | STIEL | 1 | 57 | 11/22/2018 | 12/20/2019 | w | F SEARC | $ 10.25 | $ 4,305.00 | $ 4,305.00 |
| 359 | 6002 | 85831 | STRINGER, JOSHUA | JOSHUA | STRINGER | 1 | 5 | 11/20/2019 | 12/20/2019 | w | p JONES | $ 10.00 | $ 2,400.00 | $ 2,400.00 |
| 359 | 105 | 6993 | THOMASON, SHELLY | SHELLY | THOMASON | 1 | 155 | 1/7/2004 | 12/20/2019 | w | F CORP | $ 19.00 | $ 7,980.00 | $ 7,980.00 |
| 359 | 7809 | 81908 | TODD, KRYSTAL | KRYSTAL | TODD | 1 | 87 | 4/23/2018 | 12/20/2019 | w | p CORP | $ 9.25 | $ 2,400.00 | $ 2,400.00 |
| 359 | 827 | 4109 | UNDERWOOD, LARRY | LARRY | UNDERWOOD | 1 | 155 | 6/14/1999 | 12/20/2019 | w | F CORP | $ 15.00 | $ 6,300.00 | $ 6,300.00 |
| 359 | 113 | 12340 | WEEKS, SHERRY | SHERRY | WEEKS | 1 | 155 | 1/12/2000 | 12/20/2019 | w | F CORP | $ 16.75 | $ 7,035.00 | $ 7,035.00 |
| 359 | 114 | 45037 | WELCH, KIANA | KIANA | WELCH | 1 | 10 | 10/14/2019 | 12/20/2019 | w | p CORP | $ 9.25 | $ 2,400.00 | $ 2,400.00 |
| 359 | 1216 | 25854 | WEST, ASHLEY | ASHLEY | WEST | 1 | 155 | 9/8/2004 | 12/20/2019 | w | F JONES | $ 18.00 | $ 7,560.00 | $ 7,560.00 |
| 359 | 6003 | 73448 | WEST, ANDREW | ANDREW | WEST | 1 | 28 | 6/10/2019 | 12/20/2019 | S | p JONES | $ 12.00 | $ 2,880.00 | $ 2,880.00 |
| 359 | 105 | 77317 | WILLIAMS, CHANELL | CHANELL | WILLIAMS | 1 | 155 | 6/1/2015 | 12/20/2019 | w | F CORP | $ 10.50 | $ 4,410.00 | $ 4,410.00 |
| 359 | 902 | 84734 | WILMOTH, ROBERT | ROBERT | WILMOTH | 1 | 5 | 11/21/2019 | 12/20/2019 | w | p SEARC | $ 9.25 | $ 2,400.00 | $ 2,400.00 |
| 359 | 487 | 56895 | WILSON, LILLIAN | LILLIAN | WILSON | 1 | 155 | 6/7/2011 | 12/20/2019 | w | F JONES | $ 10.00 | $ 4,200.00 | $ 4,200.00 |
| 359 | 6003 | 56893 | WILSON, WALLIS | WALLIS | WILSON | 1 | 155 | 4/6/2005 | 12/20/2019 | w | F JONES | $ 17.50 | $ 7,350.00 | $ 7,350.00 |
| 359 | 7809 | 68068 | WOOD, JANA | JANA | WOOD | 1 | 155 | 10/3/2010 | 12/20/2019 | w | F CORP | $ 15.25 | $ 6,405.00 | $ 6,405.00 |
| 359 | 7809 | 41337 | WOODS, JOHNATHAN | JOHNATHAN | WOODS | 1 | 37 | 4/1/2019 | 12/20/2019 | w | p CORP | $ 10.25 | $ 2,460.00 | $ 2,460.00 |
| 359 | 903 | 81877 | WYMAN, REBEKAH | REBEKAH | WYMAN | 1 | 155 | 11/22/2015 | 12/20/2019 | w | F SEARC | $ 13.00 | $ 5,460.00 | $ 5,460.00 |
| 360 | 6003 | 80912 | YASEVICH, JOHNATHAN | JOHNATHAN | YASEVICH | 1 | 155 | 1/8/2015 | 12/20/2019 | w | F JONES | $ 16.00 | $ 6,720.00 | $ 6,720.00 |