IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOHNATHAN YASEVICH**                                                              **PLAINTIFFS**

vs.                                      No. 3:20-cv-019-KGB

**HERITAGE COMPANY, INC.**
**and SANDRA FRANECKE**                                                          **DEFENDANTS**

## RESPONSE TO DEFENDANTS' MOTION IN LIMINE

      Since the case is being tried to the Bench, without a jury, there is no need for the Court to rule at this time whether certain evidence is admissible under the Federal Rules of Evidence. While it does not appear the Eighth Circuit has ruled on the propriety of motions in *limine* prior to bench trials, at least one district court in Arkansas has. In an order by U.S. District Judge P.K. Holmes, III, Defendant's Motion in *Limine* was denied because the case was "scheduled for bench trial, there [was] no danger of having a jury hear inadmissible evidence or argument." Order, *Gembero v. Gerber Products Company*, No. 2:16-cv-2114, 2017 WL 10129165 (W.D. Ark. 2017). In fact, several district courts have found that motions in *limine* are *per se* improper in a bench trial. *Miltiadis v. M/Y Lucky Star*, 2017 WL 2895920, *1 (S.D. Fla.) ("The rationale underlying pre-trial motions in *limine* does not apply in a bench trial, where it is presumed the judge will disregard inadmissible evidence and rely on competent evidence."); *Cramer v. Sabine Transp. Co.*, 141 F.Supp.2d 727, 733 (S.D. Tex. 2001) ("[T]his is a bench trial, making any motion in *limine* asinine on its face."); *Enniss Family Realty I, LLC v. Schneider Nat. Carriers, Inc.*, 2013 WL 282284, *1 (S.D. Miss.) ("[A]ny pretrial ruling regarding the exclusion of certain

Page 1 of 2
Johnathan Yasevich et al v. Heritage Company Inc. et al
U.S.D.C. (E.D. Ark.) Case No. 3:20-cv-19-KGB
Response to Defendants' Motion in Limine

pieces of evidence is unnecessary since this matter is set for a non-jury trial."). In addition, the Ninth Circuit agrees that motions in *limine* should be preserved only for jury trials: "in the case of a bench trial, a threshold ruling is generally superfluous." *United States v. Heller*, 551 F.3d 1108, 1112 (9th Cir. 2009). The Court should hear the evidence as it is presented by the Parties, and the Parties can make their evidentiary objections at the time the evidence is offered, and the Court can rule on that objection at that time.

Respectfully submitted,

**PLAINTIFFS JOHNATHAN YASEVICH et al., Each individually and on Behalf of All Others Similarly Situated**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 2
**Johnathan Yasevich et al v. Heritage Company Inc. et al**
**U.S.D.C. (E.D. Ark.) Case No. 3:20-cv-19-KGB**
**Response to Defendants' Motion in Limine**