**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**JOHNATHAN YASEVICH,** *et al.*                                         **PLAINTIFFS**

**v.**                          **Case No. 3:20-cv-00019 KGB**

**THE HERITAGE COMPANY, INC.,** *et al.*                             **DEFENDANTS**

### ORDER

Before the Court is the status of this case. A docket entry dated December 5, 2023, indicates that parties participated in a settlement conference at the conclusion of which they reached a full and final settlement of all the claims in this case (Dkt. No. 104). The Court directs the parties to file within 30 days of the entry of this Order either a joint motion to dismiss this case or a joint status report, or separate status reports if they cannot agree, advising the Court of the status of this case.

On its own motion the Court removes this case from the trial calendar for the week of December 11, 2023, and suspends all pretrial deadlines.

It is so ordered this 8th day of December, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge