IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOHNATHAN YASEVICH, et al.,**                                                              **PLAINTIFFS**
**Each Individually and on Behalf**
**Of All Others Similarly Situated**


vs.                                             No. 3:20-cv-19-KGB

**THE HERITAGE COMPANY, INC.**                                                             **DEFENDANTS**
**and SANDRA FRANECKE**


## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Named Plaintiff Johnathan Yasevich, individually and on behalf of all others similarly situated (together "Plaintiffs"), and Defendants The Heritage Company, Inc., and Sandra Franecke, by and through their respective undersigned counsel, submit the following for their Joint Stipulation of Dismissal with Prejudice:

1.   Named Plaintiff brought this action against Defendant alleging violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA"), and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, *et seq*. ("AMWA"), as well as violations of the Worker Adjustment and Retraining Notification Act ("the WARN Act").

2.   After arm's length negotiations in which Plaintiffs and Defendants were represented by counsel, Plaintiffs and Defendants reached an agreement that resolves all claims in this lawsuit; Plaintiffs and Defendants believe their agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

Page 1 of 3
Jonathan Yasevich, et al. v. The Heritage Company, Inc., et al.
U.S.D.C. (E.D. Ark.) Case No. 3:20-cv-19-KGB
Joint Stipulation of Dismissal with Prejudice

3. The parties now file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

4. The parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs, except as otherwise agreed upon.

5. The parties request that the Court retain jurisdiction of this matter for thirty (30) days for the limited purpose of enforcing the agreement, if necessary.

Respectfully submitted,

**JOHNATHAN YASEVICH, et al., PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 3
Jonathan Yasevich, et al. v. The Heritage Company, Inc., et al.
U.S.D.C. (E.D. Ark.) Case No. 3:20-cv-19-KGB
Joint Stipulation of Dismissal with Prejudice

       **and**    **THE HERITAGE COMPANY, INC., and SANDRA FRANECKE, DEFENDANTS**

DAVIDSON LAW FIRM
724 Garland, Cantrell at State
P.O. Box 1300
Little Rock, Arkansas 72201
Telephone: (501) 320-5132
Facsimile: (501) 374-5917

Charles Darwin "Skip" Davidson
Ark. Bar No. 73026
skipd@dlf-ar.com

*/s/ Nickolas W. Dunn*
Nickolas W. Dunn
Ark. Bar No. 2019115
nickd@dlf-ar.com

Page 3 of 3
Jonathan Yasevich, et al. v. The Heritage Company, Inc., et al.
U.S.D.C. (E.D. Ark.) Case No. 3:20-cv-19-KGB
Joint Stipulation of Dismissal with Prejudice