**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**JOHNATHAN YASEVICH,** *et al.*                                                                          **PLAINTIFFS**

**v.**                                          **Case No. 3:20-cv-00019 KGB**

**THE HERITAGE COMPANY, INC.,** *et al.*                                                         **DEFENDANTS**

**ORDER**

Before the Court are the parties' joint motion for decertification of collective and Rule 23 class and joint stipulation of dismissal with prejudice (Dkt. Nos. 106; 107). For the following reasons, the Court grants the parties' joint motion for decertification, adopts the parties' joint stipulation of dismissal, and dismisses with prejudice this case (*Id.*).

**I.     Decertification**

On February 12, 2021, the Court granted plaintiffs' motion for Rule 23 class certification and granted in part plaintiffs' motion to certify a collective action (Dkt. Nos. 24; 25; 107, ¶¶ 2-3). There are currently 57 remaining plaintiffs in this case, three of whom were opt-in plaintiffs (Dkt. No. 107, ¶¶ 4-6). The parties state that they agree that the opt-in plaintiffs can be joined as named plaintiffs, that this obviates the need for a collective or Rule 23 class action, and that they have reached a settlement which implicates each plaintiff in their individual capacity (*Id.*, ¶ 7). The parties now request that the Court decertify both the Rue 23 class and the conditionally certified collective action (*Id.*, ¶ 8). For good cause shown, the Court grants the parties' joint motion and decertifies both the Rule 23 class and the conditionally certified collective action.

**II.    Dismissal**

The parties represent that they have reached an agreement that resolves all claims in this lawsuit and that they believe their agreement is a fair, reasonable, and adequate compromise (*Id.*,

¶ 2). The parties "stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs, except as otherwise agreed upon." (*Id.*, ¶ 4). As the parties' stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court adopts the stipulation of dismissal. The Court dismisses with prejudice this case.

### III.     Conclusion

For the foregoing reasons, the Court grants the parties' joint motion for decertification of collective and Rule 23 class and dismisses with prejudice this case (Dkt. No. 106; 107). The Court denies as moot defendants' pending motion *in limine* and motion to continue (Dkt. Nos. 98; 100). At the parties' request, the Court shall retain jurisdiction over this matter for 30 days for the limited purpose of enforcing the settlement (Dkt. No. 106, ¶ 5).

It is so ordered this 20th day of March, 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge