IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOHNATHAN YASEVICH,** *et al.*                                              **PLAINTIFFS**

v.                         **Case No. 3:20-cv-00019 KGB**

**THE HERITAGE COMPANY, INC.,** *et al.*                             **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiffs' complaint is dismissed with prejudice.

It is so adjudged this 20th day of March, 2024.

_____
Kristine G. Baker
Chief United States District Judge